**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-157(2)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UGOCHUKWU ENWEREM | ) | |
|     a/k/a "Joseph Smith", | ) | |
| | ) | |
|     **Defendant.** | ) | |
| _____ | ) | |

WHEREAS, on March 23, 2010, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, determined that the Defendant Ugochukwu Enwerem obtained $9,597,342.65 in proceeds from the offenses alleged in Counts 1 (conspiracy, 18 U.S.C. § 371) and 4 through 17 (wire fraud, 18 U.S.C. §§ 1343 and 2) of the Indictment, for which the Defendant has been convicted, and

WHEREAS, the United States has made an oral Motion for Entry of Final Order of Forfeiture, which would consist of a personal money judgment against the Defendant in the amount of $9,597,342.65, for which he shall be jointly and severally liable with his co-conspirator, Kent Oserumen Okojie, who plead guilty to charges in this case on September 17, 2009, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $9,597,342.65 pursuant to Title 18, United States Code, §982(a)(8); and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having value not to exceed $9,597,342.65 to satisfy the money judgment in whole or in part.

SO ORDERED.

Signed: May 3, 2010

Graham C. Mullen
United States District Judge